JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EGIAZARIAN,<br>Petitioner,<br>v.<br>THOMAS P. GILES, et al.,<br>Respondents. | CASE NO. 2:26-cv-11171-SK<br>**JUDGMENT (BOND HEARING)** |

In accordance with the Order Granting Petition in Part (Bond Hearing), IT IS ADJUDGED that petitioner ROBERT EGIAZARIAN (A# 240-266-000) is to be released from ICE custody unless he is provided an individualized bond hearing under 8 U.S.C. § 1226(a) by no later than 10 days of this judgment.

DATED: October 12, 2026

HON. STEVE KIM
United States Magistrate Judge